OPINION — AG — ** CANDIDATES — SUCCESSOR — VACANCY — JUDGE ** THE COUNTY ELECTION BOARD IS 'NOT' AUTHORIZED BY LAW TO PLACE THE NAME OF A CANDIDATE FOR THE OFFICE OF SUPERIOR COURT OF GARFIELD COUNTY ON THE BALLOT FOR THE GENERAL ELECTION IN NOVEMBER, 1952 — (SUCCESSOR — APPOINTMENT — QUALIFIED) CITE: ARTICLE VI, SECTION 13, 20 O.S. 165 [20-165], 51 O.S. 15 [51-15] (FRED HANSEN)